

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

August 29, 1972

Honorable Robert Buntyn          Opinion No. M-1197
County Attorney
Castro County Courthouse    Re: Whether the Commissioners
Dimmitt, Texas   79027          Court of Castro County may
                                set the salaries of Justices
                                of the Peace at an hourly
                                rate for hours actually
Dear Mr. Buntyn:                worked.

        You have requested an opinion as to whether the Com-
missioners Court of Castro County may set the salaries of Justices
of the Peace at an hourly rate for hours actually worked.

        The commissioners court is a court of limited juris-
diction and has only such powers as are conferred upon it by the
statutes and Constitution of this State, whether by express terms
or by necessary implication.  Section 18, Article V, Constitution
of Texas; Article 2351, Vernon's Civil Statutes; and Attorney
General's Opinion C-350 (1965), and numerous case authorities
there cited.

        Under the provisions of Section 61 of Article XVI of
the Constitution of Texas, the commissioners court has the au-
thority to determine whether justices of the peace are to be
compensated on a fee basis or a salary basis.  Attorney General's
Opinions C-497 (1965), V-748 (1948), WW-1499 (1962) and V-750
(1948).  Article 53.07, Texas Code of Criminal Procedure, requiring
every justice of the peace to be compensated on a salary basis
has been held to be unconstitutional and in violation of Article
XVI, Section 61, Texas Constitution.  Attorney General's Opinion
C-497, supra.

        We know of no provision in the Constitution or statutes
of this State authorizing the commissioners court to compensate
justices of the peace on an hourly basis.

        The commissioners court may not interfere or usurp the
sphere that is delegated to a county official by law.  Pritchard
& Abbott v. McKenna, 350 S.W.2d 335 (Tex.Sup. 1961).  Therefore,
the commissioners court is not authorized to prescribe office hours

of a county or precinct official or the days which such official would be required to keep his office open.  Attorney General's Opinions O-6679 (1945) and C-350 (1964).

Since the commissioners court does not have the authority to prescribe office hours of justices of the peace and the method of compensation is prescribed by the Constitution as either a fee basis or a salary basis, you are advised that the commissioners court does not have the authority to compensate justices of the peace on an hourly basis.

### S U M M A R Y

A commissioners court does not have authority to compensate justices of the peace on an hourly basis.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Sam Jones
Gordon Cass
John Banks
Bob Lattimore

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant